**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT DEAN NEICE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ADULT PROBATION DEPT. PRCS ADMINISTRATOR & STAFF,<br><br>　　　　Defendant. | Case No. 1:25-cv-1611 KES BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Docs. 4, 8) |

Robert Dean Neice is a county jail inmate proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Although Neice moved to proceed in forma pauperis, he did not file a copy of his prison trust account statement to support the request. *See* Doc. 2. On November 25, 2025, the court ordered Neice to submit a certified copy of his trust account statement. Doc. 4. After Neice failed to do so, the assigned magistrate judge found Neice failed to obey the order and failed to prosecute this case. Doc. 8 at 2. The magistrate judge found dismissal was appropriate after considering the factors identified by the Ninth Circuit in *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986) and *Carey v. King*, 856 F.2d 1439, 1440 (9th Cir. 1988). *Id.* at 2-3.

The court served the findings and recommendations on Neice and notified him that any objections were due within 14 days. Doc. 8 at 3. The Court advised him that failure to file objections within the specified time may result in the waiver of certain rights on appeal. *Id*. at 4,

1

citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-839 (9th Cir. 2014).  He did not file objections, and the time to do so has expired.

In accordance with 28 U.S.C. § 636(b)(1), this court conducted a de novo review of this case.  Having carefully reviewed the matter, the court concludes the findings and recommendations are supported by the record and by proper analysis.  Thus, the court **ORDERS**:

1.   The findings and recommendations issued on January 7, 2026 (Doc. 8), are **ADOPTED** in full.

2.   This action is **DISMISSED** without prejudice, for failure to obey a court order and failure to prosecute.

3.   The Clerk of Court is directed to terminate pending matters and close this case.

IT IS SO ORDERED.

Dated:   February 9, 2026

_____
UNITED STATES DISTRICT JUDGE

2